IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. DEETTE DANIEL and JOSHUA PUCKETT,<br><br>  Plaintiffs/Relators,<br><br>v.<br><br>NOVO NORDISK, INC.,<br><br>  Defendant. | Civil Action No: 21-cv-0055 (RJL)<br><br>FILED UNDER SEAL |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Bruce D. Parke, Esquire, as counsel for Plaintiffs-Relators, Deette Daniel and Joshua Puckett, in the above matter.

Dated: January 30, 2025

/s/Bruce D. Parke
Bruce D. Parke
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Ph. (866) 540-5505
Email: bdparke@millershah.com

*Counsel for Plaintiffs/Relators*

RECEIVED
FEB - 3 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia